IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONAY PETTIWAY | : CIVIL ACTION |
| | : |
| v. | : NO. 18-1970 |
| | : |
| CITY OF PHILADELPHIA, DEPARTMENT OF PARKS AND RECREATION | : : : |

## ORDER

AND NOW, this 24th day of August 2018, it having been reported the above captioned matter is settled, it is **ORDERED**:

1. This action is **DISMISSED** under agreement of counsel and Local Rule of Civil Procedure 41.1(b)[1];

2. The pending Motion to dismiss (ECF Doc. No. 9) is **DENIED as moot**; and,

3. The Clerk of Court shall mark this matter **CLOSED.**

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).